UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALECIA L. FOSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 7-224-P-S |
| | ) |
| DEBRA SEAVY and | ) |
| JAILENE FONTAINE, | ) |
| | ) |
| Defendants. | ) |

### **RECOMMENDED DECISION**

On January 2, 2008, I issued an Order that Plaintiff file an amended complaint **AND** either pay the required filing fee or file a properly completed application for leave to proceed *in forma pauperis*, by January 22, 2008, failing which I would issue a recommendation that the action be dismissed. As of today's date, Plaintiff has not filed an amended complaint nor paid the required filing fee or filed a properly completed application for leave to proceed *in forma pauperis*.

Plaintiff Alecia L. Foster filed an unsigned complaint on December 28, 2007. The "complaint" is nothing more than a printed copy of an e-mail sent by Foster to Foster's own gmail account and listing a number of entities who have received a copy of her "letter" including at least two other United States District Courts, one in Baltimore, Maryland and one in Greenbelt, Maryland. Federal Rule of Civil Procedure 11 requires all pleadings to be signed and Rules 8 and 10 explain the rules governing pleadings and the form of such pleadings. This printed e-mail, lacking both caption and numbered paragraphs, does not qualify as a "complaint." Furthermore, the prayer for relief is

directed to Office of Justice Programs, Civil Rights Division, United States Department of Justice, not an entity that is part of the judicial branch of government.

Accordingly, it is recommended that the Complaint be **<u>DISMISSED</u>** because the plaintiff has not submitted an amended signed complaint, has not paid the filing fee, and has not sought leave to proceed in forma pauperis.

<u>NOTICE</u>

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

January 24, 2008

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge