## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **ALECIA L. FOSTER,** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | )  Civil No.  07-224-P-S |
| | ) |
| **DEBRA SEAVY and JAILEEN FONTAINE,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 3) filed January 24, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is hereby **ORDERED** that Plaintiff's Complaint is **DISMISSED**.

                                                         /s/ George Z. Singal
                                                        Chief United States District Judge

Dated this 19th day of February, 2008.